Raul Villegas Garza,
PRO-SE
Appellant

V.

STATE of Texas,

PD-0722-15

CAUSE NO. 02-14-00206CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

Motion for AN Extension to
file A Petition of Discretionary Review

Come Now, Raul V. Garza #1242954 Asking this
Court for AN extension for the Reason below:

ON or About the last of April, 2015 the
Appellant Received New Discover Evidence. The
Second Court of Appeals in Fort Worth, Tx had both
Brief. which included the following:

1. Point of ERROR NO.1, "The Evidence from ~~the~~
Appellant's prison cell and His statements
Should have been suppressed."

2. Point of ERROR NO.2, "The Evidence is
Legally insufficient to support the finding
of Guilt,"

1

3. *Point of ERROR NO.3* " Judge Walton Should HAVE been Disqualified from PResiding over the Trial of the CASE."

4. *Point of ERROR NO.4* " The evidence is legally insufficient to support the Judge's order that Appellant pay Attorney's fee and costs."

The Court of Appeals, PANEL: Dauphinot, Gardner, and Gabriel, JJ.. A Memorandum Opinion by Justice Lee Gabriel on May, 28, 2015.

The Appellant has mailed the Second District Court of Appeals A Motion to Amendment the Court's Memorandum Opinion with New Discover evidence, "STATE had NO Warrant to Remove the Appellant's personal and legal files, So the State came up with a Consent to Search form, with the Appellant's NAME, But A ACCORding to Expert Forensic Document Examiner Ms. Carlson, Her expert Opinion is that the Appellant did not signed the Consent to Search form And that Hood County Investigator MR. Young forged the Appellant signature on the Consent to Search form, which include the Seize of the Appellant's personal And legal files, This is A Violation to the Appellant's 4th, 5th and 14th Amend.

2

The Appellant know that, he has 30 days to file his Petition of Discretionary Review. So the Appellant Asks this Court, to grant an extension to file his P.D.R, from the time the Second District Court of Appeal give their opinion on the Motion to Amendment with New Discover Evidence.

This facts clearly show that the State investigator forged the Appellant's signature to cover the State Violateing the Appellants 4th, 5th and 14th Amendment, And the Due-process of the law.

Respectfully Submitting,

PRO-SE

June 6, 2015